CJRA–P, CLOSED, JMR, JURY

# U.S. District Court
## Southern District of Mississippi (Western)
## CIVIL DOCKET FOR CASE #: 5:07–cv–00105–DCB–JMR

| | |
|---|---|
| Cavin v. Menu Foods, et al | Date Filed: 05/18/2007 |
| Assigned to: Honorable David C. Bramlette, III | Date Terminated: 07/24/2007 |
| Referred to: Magistrate Judge John M. Roper | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1391 Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Sarah Cavin**  represented by  **Bradley T. Hayes**
*individually and all others Persons Similarly*       BRADLEY T. HAYES, ATTORNEY
*Situated*                                             804 State Street
                                                       Natchez, MS 39120
                                                       601/442–0511
                                                       Fax: 601/442–0112
                                                       Email: bthayesesq@yahoo.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**

**Defendant**

**Menu Foods Income Fund**

**Defendant**

**Menu Foods Gen Par Limited**

**Defendant**

**Menu Foods Limited Partnership**

**Defendant**

**Menu Foods Operating Partnership**

**Defendant**

**Menu Foods Midwest Corp.**

**Defendant**

**Menu Foods South Dakota**

**Defendant**

**Menu Foods Holdings, Inc.**

**Defendant**

**Menu Foods, Inc.**

**Defendant**

**Wal–Mart Stores, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | CLASS ACTION COMPLAINT against all defendants with Jury Demand ( Filing fee $ 350 receipt number J019360.), filed by Sarah Cavin. (Attachments: # 1 Civil Cover Sheet)(McPhail, Patsy) Additional attachment(s) added on 5/24/2007 (McPhail, Patsy). (Entered: 05/21/2007) |
| 05/18/2007 | 2 | Summons Issued as to Menu Foods South Dakota, Menu Foods Holdings, Inc., Menu Foods, Inc., Wal–Mart Stores, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corp. (McPhail, Patsy) (Entered: 05/21/2007) |
| 05/24/2007 |  | DOCKET ANNOTATION as to # 1 – After speaking with Attorney Haynes, an attachment (Motion before Judicial Panel)was added to Complaint. (McPhail, Patsy) (Entered: 05/24/2007) |
| 06/07/2007 |  | ORE TENUS MOTION for Extension of Time to File Answer by Wal–Mart Stores, Inc. (Nicaud, Jenny) (Entered: 06/07/2007) |
| 06/07/2007 |  | TEXT ORDER ONLY granting [] Motion for Extension of Time to Answer Wal–Mart Stores, Inc. Answer due 8/18/2007. No further written order shall be issued by this Court Signed by Judge John M. Roper on June 7,2007 (Nicaud, Jenny) (Entered: 06/07/2007) |
| 06/07/2007 |  | Set/Reset Deadlines: Answer due by 8/18/2007. (Nicaud, Jenny) (Entered: 06/07/2007) |
| 07/20/2007 |  | Letter sent to MDL Clerk with docket entries and complaint. (PKM) (Entered: 07/20/2007) |
| 07/23/2007 | 3 | Copy of Conditional Transfer Order received from MDL. (PKM) (Entered: 07/24/2007) |
| 07/24/2007 | 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER: transferring this case to the District of New Jersey. (PKM) (Entered: 07/24/2007) |